UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUBEN SCOTT MIRIBAL,<br><br>             Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:15-cv-00893-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff's application to proceed *in forma pauperis* (*see* Dkt. 1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

DATED this 8th day of June, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1